Dismissed and Memorandum Opinion filed February 15, 2007








Dismissed
and Memorandum Opinion filed February 15, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00964-CV

____________

 

FARAH SHEIKH, Appellant

 

V.

 

ASIM A. QURESHI, Appellee

 

 



 

On Appeal from the
310th District Court

Harris County,
Texas

Trial Court Cause
No. 2005-81455

 



 

M E M O R A N D U M  O P I N I O N








This is
an appeal from a judgment signed September 26, 2006.  The notice of appeal was
filed on October 6, 2006.  To date, our records show that appellant has neither
established indigence nor paid the $125.00 appellate filing fee.  See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent); Tex. R. App. P. 20.1
(listing
requirements for establishing indigence);  see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals, Misc.
Docket No. 98-9120 (Tex. Jul. 21, 1998) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon
2005) (same).  On
November 29, 20026, this court notified appellant that the filing fee was past
due.  No response was filed.

The
record before this court reflects that appellant is represented by retained
counsel, and she has paid for preparation of the reporter=s record, which was filed on February
5, 2007.  The clerk=s record was due on January 24, 2007, but it has not been
filed.

On January 11, 2007, this court ordered appellant to pay
the appellate filing fee on or before January 29, 2007.  This court=s order stated
that this appeal was subject to dismissal if the filing fee was not paid in
accordance with our order.  See Tex. R. App. P. 42.3(c) (allowing
involuntary dismissal of case for
failure to comply with court order).  Again, appellant did not respond.  

Accordingly,
the appeal is ordered dismissed. 

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
February 15, 2007.

Panel consists of Chief Justice Hedges and Justices Fowler
and Edelman.